# M A N D A T E

**THE STATE OF TEXAS**

**TO THE PROBATE COURT NO 2 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 31, 2014, the cause upon appeal to revise or reverse your judgment between

In the Estate of Maria F. Hernandez, Deceased, Appellant

V.

No. 04-14-00046-CV and Tr. Ct. No. 2013-PC-1030

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees Adolfo Hernandez and Mary Frances Flores recover their costs of appeal from appellants Abel Hernandez and Josefa Zatarain Flournoy.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 19, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

## No. 04-14-00046-CV

### In the Estate of Maria F. Hernandez, Deceased

### v.

## (NO. 2013-PC-1030 IN PROBATE COURT NO 2 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| COPIES | $108.00 | PAID | SAKS |
| COPIES | $100.50 | PAID | SAKS |
| MOTION FEE | $10.00 | E-PAID | SHANNON DUNN |
| REPORTER'S RECORD | $1,934.00 | PAID | MS. ZATARAIN-FLOURNOY |
| MOTION FEE | $10.00 | PAID | ABEL HERNANDEZ |
| MOTION FEE | $10.00 | PAID | ABEL HERNANDEZ |
| MOTION FEE | $10.00 | PAID | ABEL HERNANDEZ |
| COPIES | $29.50 | PAID | ABEL HERNANDEZ |
| REPORTER'S RECORD | $50.00 | PAID | JOSEFA ZATARAIN FLOURNOY |
| COPIES | $1.00 | PAID | ABEL HERNANDEZ |
| MOTION FEE | $10.00 | PAID | ABEL HERNANDEZ |
| REPORTER'S RECORD | $326.50 | PAID | JOSEFA ZATARAIN FLOURNOY |
| MOTION FEE | $10.00 | PAID | ABEL HERNANDEZ |
| INDIGENT | $25.00 | PAID | JOSEFA H ZATARIN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JOSEFA H ZATARIN |
| FILING | $100.00 | PAID | JOSEFA V. ZATARAIN |
| STATEWIDE EFILING FEE | $20.00 | PAID | JOSEFA H ZATARIN |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 19, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853